UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:	ERROL DOMONIC CROCKETT
ERROL D. CROCKETT, ERROL
CROCKETT
CROCKET AND CO.
NOELIA CROCKETT	CHAPTER 13
NOELIA ORTIZ
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE    CASE NO: 5-17-00990-MJC
    Movant
vs.

ERROL DOMONIC CROCKETT
etal.
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on January 12, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: January 12, 2022    Respectfully submitted,

    /s/   Agatha R. McHale, Esquire
    ID:  47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone:  (717) 566-6097
    email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ERROL DOMONIC CROCKETT
ERROL D. CROCKETT, ERROL
CROCKETT
CROCKET AND CO.
NOELIA CROCKETT
NOELIA ORTIZ
      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 5-17-00990-MJC

vs.

ERROL DOMONIC CROCKETT
etal.
      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    February 15, 2022 at 09:30 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 520.00**
    **AMOUNT DUE FOR THIS MONTH: $260.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $780.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   January 12, 2022                     Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ERROL DOMONIC CROCKETT
ERROL D. CROCKETT, ERROL
CROCKETT
CROCKET AND CO.
NOELIA CROCKETT
NOELIA ORTIZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-17-00990-MJC

Movant

vs.

ERROL DOMONIC CROCKETT
etal.

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 12, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURGPA18360-0511

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

ERROL DOMONIC CROCKETT
NOELIA CROCKETT
128 KING DAVID ROAD
STROUDSBURG PA 18360

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 12, 2022

Respectfully Submitted,
/s/ Matt Arcuri
for Jack N. Zaharopoulos

Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERROL DOMONIC CROCKETT
AKA: ERROL D. CROCKETT, ERROL CROCKETT
DBA: CROCKET AND CO.
NOELIA CROCKETT
AKA: NOELIA ORTIZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-00990-MJC

vs.

ERROL DOMONIC CROCKETT
AKA: ERROL D. CROCKETT, ERROL CROCKETT
DBA: CROCKET AND CO.
NOELIA CROCKETT
AKA: NOELIA ORTIZ

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.