In re:  Case No. 17-00990-MJC
Errol Domonic Crockett  Chapter 13
Noelia Crockett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: May 05, 2022     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Errol Domonic Crockett, Noelia Crockett, 128 King David Road, Stroudsburg, PA 18360-1022 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 4899449 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4895516 | + | MICHAEL RATCHFORD ESQ, RATCHFORD LAW GROUP, 409 LACKAWANNA AVE STE 320, SCRANTON, PA 18503-2062 |
| 4895517 | | NATIONWIDE CREDIT INC, PO BOX 26315, LEHIGH VALLEY, PA 18002-6315 |
| 4895518 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 4961207 | + | STATE OF NJ DIVISION OF, TAXATION BANKRUPTCY, PO BOX 245, TRENTON, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 05 2022 22:48:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | EDI: AISACG.COM | May 05 2022 22:48:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | May 05 2022 22:48:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | EDI: AISACG.COM | May 05 2022 22:48:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4895507 | | Email/Text: legal@arsnational.com | May 05 2022 18:38:00 | ARS NATIONAL SERVICES, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 4895508 | + | EDI: TSYS2 | May 05 2022 22:48:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 4895509 | + | EDI: CAPITALONE.COM | May 05 2022 22:48:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4895510 | | EDI: CAPONEAUTO.COM | May 05 2022 22:48:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 4895511 | + | EDI: CAPITALONE.COM | May 05 2022 22:48:00 | CAPITAL ONE BANK, 4851 COX ROAD, GLEN ALLEN, VA 23060-6293 |
| 4898618 | + | EDI: AISACG.COM | May 05 2022 22:48:00 | Capital One Auto Finance, c/o AIS Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4902712 | + | EDI: AIS.COM | May 05 2022 22:48:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4943901 | + | Email/Text: bankruptcy@cavps.com | May 05 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 4895513 | + | EDI: NAVIENTFKASMDOE.COM | May 05 2022 22:48:00 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5468414 | + | EDI: AISACG.COM | May 05 2022 22:48:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4895514 | | EDI: IRS.COM | May 05 2022 22:48:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4895512 | | EDI: JPMORGANCHASE | May 05 2022 22:48:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 4895515 | + | EDI: TSYS2 | May 05 2022 22:48:00 | JUNIPER CARD SERVICES, PO BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 4942184 | | EDI: NAVIENTFKASMDOE.COM | May 05 2022 22:48:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4921824 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2022 18:38:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4895519 | | Email/Text: Bankruptcy.Notices@pnc.com | May 05 2022 18:38:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 4944805 | | EDI: PRA.COM | May 05 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4895643 | + | EDI: RECOVERYCORP.COM | May 05 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4900283 | | EDI: PENNDEPTREV | May 05 2022 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4900283 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4895520 | + | EDI: RMSC.COM | May 05 2022 22:48:00 | SYNCB, PO BOX 965036, ORLANDO, FL 32896-5036 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4943929 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com |
| Morris A Scott | on behalf of Creditor PNC Bank  N.A. mscott@pincuslaw.com |
| Morris A Scott | on behalf of Creditor PNC Bank  National Association mscott@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Noelia Crockett lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Errol Domonic Crockett lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Errol Domonic Crockett<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3686<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Noelia Crockett<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6230<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–00990–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Errol Domonic Crockett
aka Errol D. Crockett, aka Errol Crockett, dba
Crocket and Co. EIN 2413

Noelia Crockett
aka Noelia Ortiz

**By the court:**

5/5/22

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**